R. H. WOLF & CO., Limited, v. RITT et al.

(Supreme Court, Appellate Term.   November 29, 1899.)

MUNICIPAL COURT OF NEW YORK—JURISDICTION—APPEAL—RECORD.
　　Failure of the record, on appeal from a judgment for plaintiff in the municipal court of New York, to show the jurisdictional fact as to defendant's residence, is fatal.

Appeal from municipal court, borough of Manhattan, Ninth district.

Action by R. H. Wolf & Co., Limited, against Edward and James Ritt. Judgment for plaintiff, and defendants appeal. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVEN-TRITT, JJ.

Isidor Cohn, for appellants.

Francis D. Haines, for respondent.

PER CURIAM. The record in this case is silent as to the residence of the defendants at the time the action was begun, and the judgment herein is assailed upon that ground by the appellants. The judgment must therefore be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319.

Judgment reversed, and new trial ordered, with costs to the appellants to abide the event.